565 U.S. 960, 132 S. Ct. 436, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7147.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 425 Fed. Appx. 210.

**No. 11-6280. Arne Soreide, Petitioner v. Donna Zickefoose, Warden.**

565 U.S. 960, 132 S. Ct. 438, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7199.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 418 Fed. Appx. 59.

**No. 11-6338. Oratin Pertil, Petitioner v. United States.**

565 U.S. 960, 132 S. Ct. 443, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7239,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-6290. In re Gerald Lee Patterson, Petitioner.**

565 U.S. 940, 132 S. Ct. 439, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7246.

October 11, 2011. Petition for writ of habeas corpus denied.

**No. 11-6299. In re Tracy Lindsay, Petitioner.**

565 U.S. 940, 132 S. Ct. 439, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7179.

October 11, 2011. Petition for writ of habeas corpus denied.

**No. 11-6313. In re Theodore Shove, et al., Petitioners.**

565 U.S. 940, 132 S. Ct. 441, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7170,

October 11, 2011. Petition for writ of habeas corpus denied.

**No. 11-6321. In re Dwayne Simms, Petitioner.**

565 U.S. 940, 132 S. Ct. 442, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7209.

October 11, 2011. Petition for writ of habeas corpus denied.

**No. 11-6339. In re Jose M. Rocha, Petitioner.**

565 U.S. 940, 132 S. Ct. 443, 181 L. Ed. 2d 289, 2011 U.S. LEXIS 7251.

October 11, 2011. Petition for writ of habeas corpus denied.